13-MC-05010-ORD



FILED _____ LODGED
_____ RECEIVED

APR 04 2013

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>SKEETER MANOS,<br><br>  Defendant/Judgment Debtor,<br><br>and<br><br>WASHINGTON STATE EMPLOYEES CREDIT UNION,<br><br>  Garnishee. | NO. MS13-5010 BHS<br><br>(3:12-CR-5091-1)<br><br>[PROPOSED]<br><br>ORDER TO ISSUE A WRIT OF CONTINUING GARNISHMENT FOR NON-WAGES |

THIS MATTER having come before this Court upon the United States of America's Application for a Writ of Continuing Garnishment for Non-Wages due and owing to the Defendant/Judgment Debtor, Skeeter Manos, from Washington State Employees Credit Union, the Garnishee, and the Court having reviewed the pleadings herein, it is hereby

ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Washington State Employees Credit Union, whose address is Washington State Employees Credit Union, P.O. Box WSECU, Olympia, WA 98507.

ORDER TO ISSUE A WRIT OF CONTINUING GARNISHMENT
FOR NON-WAGES (USA vs. Skeeter Manos and Washington State Employees Credit Union – 3:12-CR-5091-1)- 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

1    DATED this ___4___ day of _April_____, 2013.

2

3                               _____
                                UNITED STATES DISTRICT COURT JUDGE

4    Presented by:

5    _____

6    ANASTASIA D. BARTLETT
     Assistant United States Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER TO ISSUE A WRIT OF CONTINUING GARNISHMENT
FOR NON-WAGES (USA vs. Skeeter Manos and Washington State Employees Credit Union – 3:12-CR-5091-1)- 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970