13-MC-05010-ORD



# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>vs.<br><br>SKEETER MANOS,<br><br>           Defendant/Judgment Debtor,<br><br>and<br><br>WASHINGTON STATE EMPLOYEES CREDIT UNION,<br><br>           Garnishee. | NO. MS13-5010 BHS<br><br>(3:12-CR-5091-1)<br><br>[PROPOSED]<br><br>ORDER TO ISSUE A WRIT OF CONTINUING GARNISHMENT FOR NON-WAGES |

THIS MATTER having come before this Court upon the United States of America's Application for a Writ of Continuing Garnishment for Non-Wages due and owing to the Defendant/Judgment Debtor, Skeeter Manos, from Washington State Employees Credit Union, the Garnishee, and the Court having reviewed the pleadings herein, it is hereby

ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Washington State Employees Credit Union, whose address is Washington State Employees Credit Union, P.O. Box WSECU, Olympia, WA 98507.

ORDER TO ISSUE A WRIT OF CONTINUING GARNISHMENT
FOR NON-WAGES (USA vs. Skeeter Manos and Washington State Employees Credit Union – 3:12-CR-5091-1)- 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

1 | DATED this __4__ day of April, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

_____
ANASTASIA D. BARTLETT
Assistant United States Attorney

---

ORDER TO ISSUE A WRIT OF CONTINUING GARNISHMENT
FOR NON-WAGES (USA vs. Skeeter Manos and Washington State Employees Credit Union – 3:12-CR-5091-1)- 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970